UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Amber Wilcher,<br>Plaintiff,<br><br>v.<br><br>Indiana Finance Company;<br>Experian Information Solutions, Inc.<br>TransUnion, LLC; and Equifax<br>Information Services, LLC<br>Defendants. | )<br>)<br>) Civil Action No. 1:20-cv-02231-RLY-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on Defendant Indiana Finance Financial Corporation's d.b.a. Indiana Finance Company Motion to Compel Arbitration and Stay All Proceedings (Filing No. 18).

**IT IS HEREBY ORDERED THAT** Defendant's motion is **GRANTED,** and these proceedings are stayed before this Court pending the outcome of the parties' arbitration.

SO ORDERED.

Date: 9/29/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.